**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

```
                    FILED

                  JAN 2 4 2012

         CLERK, U.S. DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
       BY                      DEPUTY
```

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

RAUL VASQUEZ,

     Defendant.

CASE NO. 11CR5860-L

**JUDGMENT OF DISMISSAL**

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Information:

  8USC1326(a) AND (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 24, 2012

            Ruben B. Brooks
            U.S. Magistrate Judge